THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOUR PARK AVENUE CORPORATION, Appellant-Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants.

*Per Curiam.* Taking into consideration all relevant factors, we find that the order appealed from should be modified by fixing the assessed values as follows:

| Year | Land | Improvements | Total |
|---|---|---|---|
| 1942–43 | $750,000 | $930,000 | $1,680,000 |
| 1943–44 | 750,000 | 910,000 | 1,660,000 |

and as so modified affirmed, with twenty dollars costs and disbursements to defendants-appellants.

Martin, P. J., Dore, Cohn and Callahan, JJ., concur; Untermyer, J., concurs as to the increase in the valuation of the building and dissents as to the increase in the valuation of the land.

Order so far as appealed from, modified in accordance with opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the defendants-appellants. Settle order on notice.

ANDREW DOVICSAK, Respondent, v. GARAFANO CONSTRUCTION CO., INC., Defendant, and T. FREDERICK JACKSON INC., Appellant.

*Per Curiam.* The basis of the issue of negligence as submitted to the jury was the alleged improper bolting of the arm of the lighting pole to the shaft. On this issue the overwhelming weight of the evidence was in appellant's favor.

The verdict rendered cannot now be supported on a different theory, i.e., that the turning of the whole pole would indicate negligence, for the trial court had refused to submit such issue by denying a motion to amend the pleadings to conform with the proof.

The judgment appealed from should be reversed and a new trial ordered as to the defendant-appellant, with costs to said appellant to abide the event.

Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ., concur.

Judgment unanimously reversed and a new trial ordered as to the defendant-appellant, with costs to said appellant to abide the event. [See 269 App. Div. 664.]